

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Lee Presnell
County Attorney
Upshur County
Gilmer, Texas

Dear Sir:

Opinion No. 0-5588
Re: If the Sheriff of Upshur
County is drafted into
the Service of the Armed
Forces of the United States
or volunteers for service
under the Selective Serv-
ice Act, can he continue
to draw his salary as such
officer should he desire
not to resign his office?

You have requested the opinion of this department
on the question stated above.

You state that if the sheriff is inducted into the
Army, he will enter as a private, and that his deputies will
perform the duties of his office.

It is our opinion that, under such circumstances,
the Sheriff of Upshur County being compensated on a salary
basis, his induction into the Army of the United States will
not prevent him from continuing to draw his salary as sheriff.
This conclusion follows the principles set out in our Opinion
No. 0-3853.

If the sheriff becomes an officer in the United
States Army (the "Regular Army"), as distinguished from the
National Guard and the various reserve corps, then, under
Article 16, Section 12 of the Constitution of Texas, he will
lose his right to hold the office of sheriff. See our Opin-
ion Nos. 0-4343 and 0-4591.

Since your letter indicates that you have copies of the opinions referred to above, we do not enclose them. However, if copies of them are desired, we will be glad to furnish them.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

(s)     W. R. Allen
            Assistant

WRA:db
WRA:re
(s) FCC

APPROVED OCT. 18, 1943
(s) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY (S) BWB, CHAIRMAN